CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Harrisonburg
JUN 3 0 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DANNY M. ISAACSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:07CV00051 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered denying both parties' motions for summary judgment, vacating the Commissioner's final decision, remanding the case to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g), providing in the event the Commissioner is unable to grant benefits on the current record for the case that it be recommitted to the administrative law judge for further proceedings. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Commissioner for further development of the record in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This June 27th, 2008.

_____
UNITED STATES DISTRICT JUDGE